**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SFR INVESTMENT POOL 1, LLC; MARAVILLA AT MOUNTAIN'S EDGE HOMEOWNERS ASSOCIATION, NEVADA ASSOCIATION SERVICES, INC.,<br><br>　　　　　Defendants. | Case No. 2:16-cv-00262-APG-PAL<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>(ECF No. 23) |

　　　In light of plaintiff Bank of America, N.A.'s deposit of a $500.00 cash deposit (ECF No. 25),

　　　IT IS ORDERED that defendant SFR Investments Pool 1, LLC's motion to dismiss for failure to file required undertaking pursuant to Nevada Revised Statutes § 18.130(4) **(ECF No. 23) is DENIED** as moot.

　　　DATED this 4th day of August, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE