DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: holly.walker@akerman.com

*Attorneys for Bank of America, N.A., successor by merger to BAC Home Loans Servicing LP f/k/a Countrywide Home Loans Servicing, LP*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; MARAVILLA AT MOUNTAIN'S EDGE HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-00262-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR BANK OF AMERICA, N.A. TO FILE RESPONSE TO SFR INVESTMENTS POOL 1, LLC'S OBJECTION (ECF NO. 99)**<br><br>**(FIRST REQUEST)** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross-Claimant,<br><br>v.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; and GABRIELA OSUNA, an individual, and ARTURO A. OSUNA, an individual,<br><br>Counter/Cross-Defendants. | |

Bank of America, N.A., successor by merger to BAC Home Loans Servicing LP f/k/a Countrywide Home Loans Servicing, LP (**BANA**) and SFR Investments Pool 1, LLC (**SFR**) respectfully stipulate to extend the time by one week for BANA to respond to SFR's objection to BANA's bill of costs (ECF No. 99). On March 3, 2020, BANA filed its bill of costs (ECF No. 95). On March 13, 2020, SFR filed its objection to BANA's bill of costs (ECF No. 99). Due to COVID-19 Coronavirus community and global health risks, and resulting travel restrictions, remote work environment transitions, and precautionary office closures, BANA requests additional time to file its response. The parties propose that BANA's response to SFR's objection shall be due on or before March 27, 2020.

This is the parties' first request for extension of this deadline. This stipulation is made in good faith and not for the purpose of delay.

Dated the 20th day of March, 2020.　　　　Dated the 20th day of March, 2020.

**AKERMAN LLP**　　　　　　　　　　　　**KIM GILBERT EBRON**

*/s/ Holly E. Walker, Esq.*　　　　　　　　*/s/ Jason G. Martinez, Esq.*
DARREN T. BRENNER, ESQ.　　　　　DIANA S. EBRON, ESQ.
Nevada Bar No. 8386　　　　　　　　　　Nevada Bar No. 10580
HOLLY E. WALKER, ESQ.　　　　　　JASON G. MARTINEZ, ESQ.
Nevada Bar No. 14295　　　　　　　　　Nevada Bar No. 13375
1635 Village Center Circle, Suite 200　　7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89134　　　　　　　Las Vegas, Nevada 89139

*Attorneys for Bank of America, N.A.*　　*Attorneys for SFR Investments Pool 1, LLC*

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**
Case No.: 2:16-cv-00262-APG-BNW

Dated: March 20, 2020.

52441322;1